UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    ANGELA C. APPLE                        Case No.: 1-13-04195-HWV
                                                                          Chapter 13
    Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                          **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NATIONSTAR MORTGAGE |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 8323 |
| Property Address if applicable: | 1369 SHOLLY AVENUE, LEBANON, PA 17046 |

**PART 2:**                          **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $18047.40 |
| b. | Prepetition arrearages paid by the Trustee: | $18047.40 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $18,047.40 |

**PART 3:**                          **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

  To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 22, 2018   Respectfully submitted,

<pre>                                        s/ Charles J. DeHart, III, Trustee
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail: dehartstaff@pamd13trustee.com</pre>

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ANGELA C. APPLE  Case No.: 1-13-04195-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 22, 2018, I served a copy of this Notice of Final Cure on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| ANGELA C. APPLE<br>1369 SHOLLY AVENUE<br>LEBANON, PA  17046 | SERVED BY 1ST CLASS MAIL |
| NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS, TX,  75261-9741 | SERVED BY 1ST CLASS MAIL |
| CHAD J JULIUS ESQUIRE<br>LAW OFFICES OF LESLIE D JACOBS<br>8150 DERRY STREET<br>HARRISBURG PA,  17111-5212 | SERVED ELECTRONICALLY |

Date: August 22, 2018

s/   Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com