```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 13-04195-HWV
Angela C. Apple                                                 Chapter 13
          Debtor                CERTIFICATE OF NOTICE
District/off: 0314-1         User: DDunbar            Page 1 of 2               Date Rcvd: Oct 12, 2018
                             Form ID: 3180W           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db             +Angela C. Apple,    1369 Sholly Avenue,    Lebanon, PA 17046-1953
cr             +NATIONSTAR MORTGAGE LLC,    Padgett Law Group,    c/o Evan S. Singer,    6267 Old Water Oak Road,
                 Ste 203,    Tallahassee, FL 32312-3858
4361582        +AES/Pheaa,    1200 N. 7th Street,    Harrisburg, Pa 17102-1419
4380167         CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
4361585        +FedLoan Servicing,    PO Box 69184,    Harrisburg, Pa 17106-9184
4937850       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261)
4377327        +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
4361588        +Patrick J. Wesner, Esq,    Milstead & Associates, LLC,    220 Lake Drive East,    Ste. 301,
                 Cherry Hill, NJ 08002-1165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4361583         EDI: AFNIRECOVERY.COM Oct 12 2018 23:08:00      Afni, Inc.,    PO Box 3427,
                 Bloomington, IL  61702-3427
4361584        +EDI: CIAC.COM Oct 12 2018 23:08:00      CitiMortgage, Inc.,    1000 Technology Drive,    2nd Floor,
                 O'Fallon, MO  63368-2240
4605924        +EDI: ECMC.COM Oct 12 2018 23:08:00      ECMC,    PO BOX 16408,    St. Paul, MN 55116,     ECMC,
                 PO BOX 16408,    St. Paul, MN 55116-0408
4605923        +EDI: ECMC.COM Oct 12 2018 23:08:00      ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
4361586        +E-mail/Text: hfcucollections@hersheyfcu.org Oct 12 2018 19:08:07
                 Hershey Federal Credit Union,    904 E Chocolate Ave,    Hershey, Pa 17033-1215
4373140        +E-mail/Text: hfcucollections@hersheyfcu.org Oct 12 2018 19:08:07
                 Hershey Federal Credit Union,    232 Hershey Road,    Hummelstown, PA 17036-9218
4361587        +EDI: MID8.COM Oct 12 2018 23:08:00      Midland Credit Management,    PO Box 60578,
                 Los Angeles, CA 90060-0578
4361589        +EDI: VERIZONCOMB.COM Oct 12 2018 23:08:00      Verizon Pennsylvania,    500 Technology Drive 300,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4421570*        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
4937851*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261,
                 Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261)
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
          Chad J. Julius    on behalf of Debtor 1 Angela C. Apple cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          ECMC    djwilcoxson@ecmc.org
          James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jerome B Blank    on behalf of Creditor   CITIMORTGAGE, INC. pamb@fedphe.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jill  Manuel-Coughlin   on behalf of Creditor   CITIMORTGAGE, INC. jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Angela C. Apple** | Social Security number or ITIN xxx–xx–1875 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:13–bk–04195–HWV** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angela C. Apple

**By the court:** *(signature)*

October 12, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: DDunbar, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W  **Chapter 13 Discharge**  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**